UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WESTCHESTER FIRE INSURANCE
COMPANY,

    Plaintiff,

v.                                    CASE NO: 8:09-cv-62-T-23TBM

CITY OF BROOKSVILLE,

    Defendant.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 2201, the plaintiff seeks a declaratory judgment determining the parties rights and obligations under two surety bonds issued by the plaintiff. The defendant moves (Doc. 7) to dismiss, and the plaintiff responds (Doc. 8) in opposition. For the reasons stated in the plaintiff's response, the motion to dismiss is **DENIED**.

ORDERED in Tampa, Florida, on February 20, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE